UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JANE DOE,                                                            :
:
Plaintiff,                                                           :
:                   24-CV-3201 (JMF)
-v-                                                                  :
:                       ORDER
BRETT KIMMEL et al.,                                                 :
:
Defendants.                                                          :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 26, 2024, Plaintiff filed a motion seeking to proceed under the pseudonym "Jane Doe." *See* ECF Nos. 7 & 8.  The motion is GRANTED temporarily.  Defendants — and any non-party who seeks, and is granted, leave to intervene for purposes of being heard on the issue — shall file any opposition to the motion **within two weeks of Defendant's entering a notice of appearance**; any reply shall be filed within **one week of any opposition**.  In the meantime, the Court reserves judgment on whether to grant the motion on a more permanent basis.

      To ensure that the Court has no conflicts that would require recusal, Plaintiff shall promptly file, **under seal**, a declaration disclosing her identity to the Court.  To ensure that her name does not appear on the public docket, Plaintiff's counsel should ensure that the declaration is titled "**Declaration of Jane Doe**."

      The Clerk of Court is directed to issue a summons and terminate ECF No. 7.

      SO ORDERED.

Dated: April 30, 2024
      New York, New York
                                                                    JESSE M. FURMAN
                                                                   United States District Judge