UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JANE DOE, :
:
Plaintiff, :
: 24-CV-3201 (JMF)
-v- :
: ORDER
BRETT KIMMEL et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By Order dated April 30, 2024, the Court directed Plaintiff to "promptly file, **under seal**, a declaration disclosing her identity to the Court" for purposes of ensuring that the Court has no conflicts that would require recusal. *See* ECF No. 11. To date, no such declaration has been filed. Plaintiff shall file her declaration no later than **Wednesday, June 12, 2024**. As a reminder, to ensure that her name does not appear on the public docket, Plaintiff's counsel should ensure that the declaration is titled "**Declaration of Jane Doe**."

      SO ORDERED.

Dated: June 5, 2024
      New York, New York

                                                  JESSE M. FURMAN
                                        United States District Judge