UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JANE DOE, :
:
Plaintiff, :  24-CV-3201 (JMF)
:
-v- : ORDER
:
BRETT KIMMEL et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 29, 2024, Defendant New York City Department of Education filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Ordinarily, under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Under the agreed-upon briefing schedule, however, Plaintiff is required to file any opposition to the motion by November 12, 2024.  *See* ECF No. 34.  Accordingly, it is hereby ORDERED that Plaintiff shall file a letter indicating whether she believes any amendment could cure the issues raised by the motion by **November 6, 2024** (and a preview of what such amendment would entail), mindful that Plaintiff will not be given any further opportunity to amend the complaint to address the issues raised by the motion.  Unless and until the Court orders otherwise, Plaintiff's opposition remains due by **November 12, 2024** and any reply must be filed by **November 19, 2024**.

      SO ORDERED.

Dated: October 30, 2024
       New York, New York

                                                    JESSE M. FURMAN
                                                    United States District Judge